# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-2974

———————————————

ROBERT J. BAILEY,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

February 8, 2019

PER CURIAM.

DENIED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Robert J. Bailey, pro se, Petitioner.

Ashley B. Moody, Attorney General, Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.